IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RANDOLPH FRAZIER, Individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SAVANNAH-CHATHAM COUNTY PUBLIC SCHOOL SYSTEM,<br><br>Defendant. | CIVIL ACTION NO.: 4:23-cv-346 |

**O R D E R**

The parties to this Fair Labor Standards Act ("FLSA") case have reached a collective settlement agreement, which they have presented to the Court for approval. (See doc. 14.) In a recent Order, the Court conditionally certified the FLSA collective[1] for settlement purposes and preliminarily approved the settlement. (Doc. 15.) The Court, however, required the parties to revise their proposed notice and claim procedure and corresponding forms (which, in turn, required revisions to be made to certain portions of the Settlement Agreement). (Id. at pp. 13–15.) In accordance with the Court's directives, the parties have filed the revised documents. (See doc. 16.) The Court has reviewed the filings and finds that the necessary revisions have been appropriately made. Accordingly, the Court **APPROVES** of the revised Settlement Agreement and the revised Notice of Settlement and Claim Form (which contains blanks for dates that will be calculated and filled in by the parties pursuant to the deadlines established in the Settlement Agreement and this

---

[1] The Court conditionally certified the following class: "All non-exempt bus drivers who worked for Savannah-Chatham County Public School System from April 4, 2020, to December 6, 2023." (Doc. 15, p. 5.)

Court's prior Order).  The parties **SHALL NOTIFY** all recipients of the Notice of Settlement and Claim Form that the Court will hold a final fairness hearing on **Tuesday, March 4, 2025**, at **10:00 a.m.** in **Courtroom One, United States District Court, 8 Southern Oaks Court, Savannah, Georgia**.

Upon entry of this Order, the notice process outlined in the Settlement Agreement shall commence.

**SO ORDERED**, this 19th day of November, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA